IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Blair, Pamela A | Case Number: 06 B 07792 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/22/08 | Filed: 7/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 9, 2008
Confirmed: December 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,945.00 | |
| Secured: | | 7,778.84 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 566.16 |
| Other Funds: | | 0.00 |
| Totals: | 10,945.00 | 10,945.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,600.00 | 2,600.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 33,971.09 | 7,778.84 |
| 5. | Citibank (South Dakota), N.A. | Unsecured | 1,902.28 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 9,360.94 | 0.00 |
| 7. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Chase | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Home Depot | Unsecured | | No Claim Filed |
| 12. | Chase | Unsecured | | No Claim Filed |
| 13. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 14. | Menards Inc | Unsecured | | No Claim Filed |
| 15. | Marshall Field & Company | Unsecured | | No Claim Filed |
| | | | $ 47,834.31 | $ 10,378.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 286.56 |
| 5.4% | 214.92 |
| 6.5% | 64.68 |
| | $ 566.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Blair, Pamela A

Printed: 10/22/08

Case Number:  06 B 07792
Judge:  Goldgar, A. Benjamin
Filed:  7/3/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

